IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
                            )
        v.                ) Criminal No. 07-215
                            )
MAXIMINO ROBLEDO-VAZQUEZ,   )
     Defendant.            )

ORDER

AND NOW, this 12th day of July, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 22, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, July 20, 2007 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster        ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Ross E. Lenhardt,
      Assistant United States Attorney

      Marketa Sims,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation

      Ana Lahr,
      Court Interpreter